Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Nelson A. Campbell (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP, LLC, a Florida Limited Liability Company;<br><br>Plaintiffs,<br><br>v.<br><br>LOCAL AI, INC., d/b/a "Scoopz," a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br><u>JURY TRIAL DEMANDED</u> |

Plaintiff BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP, LLC by and through their undersigned attorneys, hereby pray to this honorable Court for relief based on the following:

## JURISDICTION & VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 et seq.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP, LLC, ("Big Foot") is a Florida limited liability company with a principal place of business at 950 S. River Rd Unit #1371, Englewood, Florida 34295, and does business in and with the state of California.

5. On information and belief, Defendant LOCAL AI, INC., d/b/a Scoopz (Scoopz"), is a Delaware corporation, with a principal place of business at 800 W El Camino Real, Suite 300, Mountain View, CA 94040.

6. Big Foot is unaware of the true names and capacities of the Defendants sued herein as Does 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Big Foot is informed and believes and, on that basis, alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Big Foot's damages as herein alleged were proximately caused by the conduct of said Defendants. Big Foot will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained.

7. Big Foot is informed and believes and, on that basis, alleges that Defendants, at all times relative to this action, were the agents, servants, partners, joint venturers and employees of each of the other Defendants and in doing the acts alleged herein were acting with the knowledge and consent of each of the other Defendants in this action. Alternatively, at all times mentioned herein, each of the

1  Defendants conspired with each other to commit the wrongful acts complained of
2  herein. Therefore, each Defendant is liable for the acts of all of the other conspirators.

### FACTUAL STATEMENT

8. Big Foot creates original video content which it monetizes on Meta's Facebook platform, consistently generating significant engagement, averaging 5 million views per video, with some videos reaching up to 25 million views.

9. Among Plaintiff's original videos are two entitled "Well that didn't go like he expected" and "I'm not sure our daughter is mines anymore" ("Subject Works"), relevant screenshots of which are shown below:

   i. "*Well that didn't go like he expected*" illustrative screen capture:



   ii. "*I'm not sure our daughter is mines anymore*" illustrative screen capture:



10. Scoopz has infringed Big Foot's copyright in the Subject Works by copying and displaying those works on its Facebook page without authorization. Representative screen captures of those offending uses are below:

i. "*Well that didn't go like he expected*" offending screen captures:

    (a) SCOOPZ – Illinois:
[https://www.facebook.com/61558766009470/videos/2398228493717309]



    (b) SCOOPZ- Alaska:
[https://www.facebook.com/ads/library/?active_status=active&ad_type=all&country=ALL&is_targeted_country=false&media_type=all&search_type=page&source=page-transparency-widget&view_all_page_id=284933751351434]

/ / /
/ / /
/ / /
/ / /



   ii. "*Well that didn't go like he expected*" offending screen captures:

    (a) SCOOPZ – Georgia:
     [https://www.facebook.com/ads/library/?active_status=active&ad_type=all&country=ALL&is_targeted_country=false&media_type=all&search_type=page&source=page-transparency-

https://www.facebook.com/ads/library/?active_status=active&ad_type=all&country=ALL&is_targeted_country=false&media_type=all&search_type=page&source=page-transparency-widget&view_all_page_id=392587470596515

**Launched August 2024**

✅ Active
Library ID: 1230930554726365
Started running on Aug 29, 2024
Platforms 🅕 🅞 🅠 🅜

See ad details

**Scoopz Georgia**
Sponsored

Watch the full video to uncover the story and discover more real, unfolding stories on Scoopz.

THIS WIFE GOES VIRAL FOR GETTING CAUGHT IN BED WITH ANOTHER MAN

PLAY.GOOGLE.COM
Real Life, Real Video    Install now





## FIRST CLAIM FOR RELIEF

### (Copyright Infringement - Against All Defendants, and Each)

11.  Big Foot repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

/ / /

/ / /

12. Defendants, and each of them, had access to the Subject Works, including, without limitation, through Big Foot's various pages on Meta. Access is further evidenced by the Subject Works' exact reproduction in the Infringing Uses.

13. Defendants, and each of them, copied, reproduced, displayed, and distributed the Subject Works, including without limitation as seen in Exhibits 1-A through 2-B.

14. Defendants, and each of them, infringed Big Foot's copyrights by unlawfully publishing and distributing Big Foot's Subject Works to the public, without authorization.

15. Due to Defendants', and each of their, acts of infringement, Big Foot has suffered general and special damages in an amount to be established at trial.

16. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Big Foot's rights in the Subject Works. As such, Big Foot is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of Big Foots's rights in the Subject Works in an amount to be established at trial.

17. On information and belief, Big Foot alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000.00 per infringement and/or a preclusion from asserting certain equitable and other defenses.

## PRAYER FOR RELIEF

WHEREFORE, Big Foot prays for judgment as follows:

### Against all Defendants, and Each:

With Respect to Each Claim for Relief:

a. That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Big Foot's copyright in the Subject Works, including, without limitation, an order requiring Defendants, and each of them, to remove the Subject Works from their respective websites, marketing and advertisement materials and to cease distributing prints bearing unauthorized copies of the Subject Works.

b. That Big Foot be awarded all profits of Defendants, and each of them, plus all losses of Big Foot, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, and/or, to the extent available, statutory damages as available under the 17 U.S.C. § 504, 17 U.S.C. § 1203, and other applicable law.

c. That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Big Foot's intellectual property rights;

d. That Big Foot be awarded his attorneys' fees as available under the Copyright Act U.S.C. §§ 505, 1203, *et seq.*;

e. That Big Foot be awarded his costs and fees under the statutes set forth above;

f. That Big Foot be awarded statutory damages and/or penalties under the statues set forth above;

g. That Big Foot be awarded pre-judgment interest as allowed by law;

h. That Big Foot be awarded the costs of this action; and

i. That Big Foot be awarded such further legal and equitable relief as the Court deems proper.

/ / /

## JURY DEMAND

Big Foot demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: May 8, 2025                                    Respectfully submitted,

                                        By:     */s/ Stephen M. Doniger*
                                                Stephen M/ Doniger, Esq.
                                                Nelson A. Campbell, Esq.
                                                DONIGER / BURROUGHS
                                                Attorneys for Plaintiff