Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL AI INC., et al.,<br><br>Defendants. | Case No.: 2:25-cv-04167-DSF-JC<br><u>Hon. Jacqueline Chooljian Presiding</u><br><br>**[DISCOVERY MATTER]**<br><br>**NOTICE OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES AND REQUEST FOR SANCTIONS; DECLARATION OF DAVID SHEIN**<br><br>Discovery Cut-Off: March 31, 2026<br>Trial Date: September 15, 2026<br>Hearing Date: March 3, 2026<br>Hearing Time: 9:30 a.m.<br>Courtroom: 750 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 3, 2026 at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 750, 7th Floor, Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012, Plaintiff Big Foot Creative Studios and Media Group, LLC ("Plaintiff" or "Big Foot") will and hereby does respectfully move for an order compelling Defendant Local AI, Inc. ("Defendant" or "Local AI") to provide complete responses to Plaintiff's First Set of Interrogatories, First Set of Requests for Production of Documents, and First Set of Requests for Admissions, or (as to Requests for Admissions) deeming the matters in the Requests for Admissions admitted pursuant to Fed. R. Civ. P. 36(a)(3.

This motion is brought pursuant to Federal Rules of Civil Procedure 37(a)(3)(B) and Local Rules 37-1 et seq. because Defendant has completely failed to respond to any of Plaintiff's discovery requests and has failed to respond to Plaintiff's attempts to meet and confer regarding Defendant's discovery failures. Defendant's discovery responses were due on or about November 26, 2025, over eight weeks ago, and Defendant has provided no responses whatsoever.

Pursuant to Local Rule 37-2.4, Plaintiff files this motion without a joint stipulation because Defendant's counsel has failed to confer under L.R. 37-1 and has failed to provide any discovery responses, rendering a joint stipulation impossible.

Plaintiff also seeks monetary sanctions against Defendant and its counsel in an amount to be determined by the Court. Fed. R. Civ. P. 37(a)(5)(A) provides that sanctions are mandatory when a motion to compel is granted, unless the opposing party's conduct was substantially justified or other circumstances make an award of expenses unjust.

1 | This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of David Shein, the pleadings and papers on file in this action, and such further evidence and argument as may be presented to the Court at the time of hearing.

Respectfully submitted,

DONIGER / BURROUGHS

Dated: February 2, 2026     By: */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
David Shein, Esq.
Attorneys for Plaintiff