Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL AI INC., et al.,<br><br>Defendants. | Case No.: 2:25-cv-04167-DSF-JC<br>*Hon. Jacqueline Chooljian Presiding*<br><br>**[DISCOVERY MATTER]**<br><br>**DECLARATION OF DAVID SHEIN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES; REQUEST FOR SANCTIONS**<br><br>Discovery Cut-Off: March 31, 2026<br>Trial Date: September 15, 2026<br>Hearing Date: March 3, 2026<br>Hearing Time: 9:30 a.m.<br>Courtroom: 750 |

### DECLARATION OF DAVID SHEIN

1. I am an attorney duly admitted to practice before this Court and am counsel of record for Plaintiff Big Foot Creative Studios and Media Group, LLC ("Plaintiff" or "Big Foot"). I have personal knowledge of the facts stated in this Declaration and could competently testify thereto. I make this Declaration in

- 1 -

support of Plaintiff's Motion to Compel Discovery Responses and Request for Sanctions.

2. On October 27, 2025, Plaintiff served Defendant Local AI, Inc. ("Defendant" or "Local AI") with Plaintiff's First Set of Interrogatories (containing 16 interrogatories), Plaintiff's First Set of Requests for Production of Documents (containing 34 requests), and Plaintiff's First Set of Requests for Admissions (containing 10 requests). Service was made by personal service via DDS Legal on Defendant's counsel, Zheng "Andy" Liu, at 1660 S Amphlett Blvd Suite 315, San Mateo, CA 94402. True and correct copies of Plaintiff's First Set of Interrogatories, First Set of Requests for Production of Documents, and First Set of Requests for Admissions are attached hereto as Exhibits A, B, and C, respectively.

3. Defendant's responses were due on or about November 26, 2025—thirty days after service.

4. On December 11, 2025, I sent an email to Defendant's counsel, Zheng "Andy" Liu, at Andy.Liu@AptumLaw.us, requesting a meet-and-confer conference to discuss Defendant's failure to provide discovery responses. I stated Plaintiff's position that responses were overdue, objections were waived and requested that Defendant provide complete responses by no later than December 18, 2025. I stated that absent such responses Plaintiff would move to compel. A true and correct copy of my December 11, 2025 email is attached hereto as Exhibit D.

5. Counsel did not respond to my email.

6. Defendant and its counsel appear to have abandoned this litigation altogether, having repeatedly failed to respond to the Court assigned mediator's requests to schedule a mediation or to Plaintiff's counsel's request regarding the same.

7. On January 29, 2026, my office attempted to serve Defendant with a Rule 30(b)(6) deposition notice. FedEx was initially unable to deliver the notice.

So owing, on January 30, 2026, I sent an email to Defendant's counsel attaching the deposition notice. I also, advised counsel that Plaintiff would be filing the instant motion, given the lack of any response from Defendant to either the discovery at issue or Plaintiff's attempt to confer. A true and correct copy of my January 30, 2026 email to counsel is attached hereto as Exhibit E.

8. As of the date of this Declaration, Defendant's counsel has not responded to my meet-and-confer correspondence and Defendant has not served responses to discovery.

9. Pursuant to Local Rule 37-2.4, Plaintiff files this motion without a joint stipulation because Defendant's counsel has failed to confer in a timely manner under Local Rule 37-1 and has failed to provide any portion of a joint stipulation.

I declare under the penalty of perjury and the laws of the United States of America that the above is true and correct. Executed on February 2, 2026 in New York, New York.

By: */s/ David Shein*
David Shein