# EXHIBIT D

**From:** **David Shein** david@donigerlawfirm.com
**Subject:** Big Foot Creative Studios and Media Group, LLC v. Local AI, Inc - Request to Meet and Confer
**Date:** December 11, 2025 at 12:11 PM
**To:** jingyi.guo@aptumlaw.us
**Cc:** andy.liu@aptumlaw.us, Stephen Doniger stephen@donigerlawfirm.com, London Zamora lzamora@donigerlawfirm.com

Counsel,

I am writing to request to meet and confer over defendant's failure to respond to requests for production, interrogatories and requests for admission served on October 27, 2025. Having failed to respond, defendant has waived all objections. Please serve complete responses without objections by no later than December 18, 2025. Absent the service of such responses, Plaintiff will move to compel. I am available to discuss any of the foregoing at your convenience so please let me know if you wish to speak.

Regards,
David


David Shein, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Electronic: david@donigerlawfirm.com
Website: www.donigerlawfirm.com
THIS MESSAGE IS CONFIDENTIAL
ATTORNEY WORK-PRODUCT
AND SHOULD NOT BE DISSEMINATED.