# EXHIBIT E

**From:** David Shein david@donigerlawfirm.com
**Subject:** Big Foot Creative Studios and Media Group, LLC v. Local AI, Inc. et al
**Date:** January 30, 2026 at 4:45 PM
**To:** jingyi.guo@aptumlaw.us, andy.liu@aptumlaw.us
**Cc:** Stephen Doniger stephen@donigerlawfirm.com, London Zamora lzamora@donigerlawfirm.com

Counsel,

I am attaching plaintiff's notice of deposition to defendant Local AI, Inc. We attempted to serve this notice yesterday via FedEx and will attempt to do so again today. We are using the address on the pleadings you have filed in this case and that same address listed on https://www.calbar.ca.gov/. Please confirm receipt of this email and notice.

Please also be advised that owing to defendant's failure to respond to discovery in this case and your failure to respond to our request to meet and confer regarding same, we will be filing a motion to compel responses to all outstanding requests and interrogatories without objections and those objections are waived. We will seek monetary sanctions as well.

Regards,
David

David Shein, Esq.
DONIGER / BURROUGHS
603 Rose Avenue

Venice, California 90291
Telephone: (310) 590-1820
Electronic: david@donigerlawfirm.com
Website: www.donigerlawfirm.com
THIS MESSAGE IS CONFIDENTIAL
ATTORNEY WORK-PRODUCT
AND SHOULD NOT BE DISSEMINATED.



Ntc_30(b)(6)Depo_LocalAI (01-28-26).pdf
229 KB