Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL AI INC., et al.,<br><br>Defendants. | Case No.: 2:25-cv-04167-DSF-JC<br><u>Hon. Jacqueline Chooljian Presiding</u><br><br>**[DISCOVERY MATTER]**<br><br>**[PROPOSED] ORDER** |

# [PROPOSED] ORDER

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Defendant Local AI, Inc., shall fully and substantively respond to Plaintiff's First Set of Interrogatories without objections within 7 days of entry of this Order.

2. Defendant Local AI, Inc., shall produce all documents responsive to Plaintiff's First Set of Requests for Production without objecctions within 7 days of entry of this Order.

3. Defendant Local AI, Inc., shall fully and substantively respond to Plaintiff's First Set of Requests for Admission without objections within 7 days of entry of this Order.

4. The matters in the Plaintiff's Requests for Admissions are admitted by Local AI, Inc.

5. Defendant Local AI, Inc., shall pay sanctions to Plaintiff Big Foot Creative Studios and Media Group, LLC, in an amount to be determined pursuant to supplemental briefing by Plaintiff.

**IT IS ORDERED**

Dated: March ___, 2026   By:          By: _____
                                      HON. JACQUELINE CHOOLJIAN
                                      U.S. MAGISTRATE JUDGE