Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL AI INC., et al.,<br><br>Defendants. | Case No.: 2:25-cv-04167-DSF-JC<br><u>Hon. Jacqueline Chooljian Presiding</u><br><br>**[DISCOVERY MATTER]**<br><br>**NOTICE OF NON-OPPOSITION RE PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES AND REQUEST FOR SANCTIONS** |

1

NOTICE OF NON-OPPOSITION

1  **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR**
2  **ATTORNEYS OF RECORD:**

3      **PLEASE TAKE NOTICE** that Defendant Local AI, Inc. ("Defendant") has not
4  filed an opposition to Plaintiff's Notice of Motion and Motion to Compel (the
5  "Motion"). *See* Dkt. 23. Plaintiff filed its Motion on February 2, 2026, noticing the
6  hearing for March 3, 2026. *Id.* The Defendant was required to file an opposition by
7  February 10, 2026, 21 days prior to the hearing date. *See* C.D. Cal. Local Rules 37-2.4,
8  7-9.

9      Because the Defendant has taken no action in connection with the pending
10 Motion, Plaintiff submits this Notice of Non-Opposition and respectfully requests that
11 its Motion be granted in its entirety.

13                                      Respectfully submitted,

14 Dated: February 11, 2026     */s/ Stephen M. Doniger*
15                                                  Stephen M. Doniger, Esq.
16                                                  David Shein, Esq.
17                                                  DONIGER / BURROUGHS
                                                   Attorneys for Plaintiff