Zheng "Andy" Liu (SBN 279327)
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Attorney for Defendant Local AI Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>LOCAL AI INC., et al.,<br><br>*Defendants*. | Case No. 2:25-cv-04167-DSF-JC<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiffs Big Foot Creative Studios and Media Group LLC, and Defendant Local AI Inc. have reached a settlement in this case.

A 30-day stay is requested to allow parties to finalize a written agreement and perform their respective; a Stipulation of Dismissal of the entire action with prejudice will be filed thereafter.

///

///

///

Dated: February 24, 2026

*[signature]*

_____
Zheng "Andy" Liu (SBN 279327)
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us
*Attorneys for Defendant*

2