# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL AI INC., et al.,<br><br>Defendants. | Case No.: 2:25-cv-04167-DSF-AYP<br>*Hon. Dale S. Fischer Presiding*<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SEEKING MODIFYING THE SCHEDULING ORDER**<br><br>Current Deadlines:<br>Fact Disc. Cutoff:          3/31/2026<br>Expert Disc. Cutoff:       7/21/2026<br>Settlement Conference:   6/23/2026<br>Final Pretrial Conference: 8/17/2026<br>Jury Trial:                    09/15/2025 |

- 1 -

[PROPOSED] ORDER

The Court, having reviewed Plaintiff's Ex Parte Application for an Order Modifying the Scheduling Order, and for good cause shown, HEREBY GRANTS the requested relief and modifies the Scheduling Order as follows:

| Event | Current Date | [Proposed] Date |
|---|---|---|
| Fact Discovery Cut-Off | 3/31/2026 | 6/29/2026 |
| Expert Witness Exchange — Initial | 4/07/2026 | 7/6/2026 |
| Expert Witness Exchange — Rebuttal | 4/14/2026 | 7/13/2026 |
| Expert Discovery — Cut-off | 4/21/2026 | 7/20/2026 |
| Motion Hearing Cut-off | 6/08/2026 | 9/6/2026 |
| ADR Cut-off | 6/23/2026 | 9/21/2026 |
| Trial Documents (Set One) | 7/28/2026 | 10/26/2026 |
| Trial Documents (Set Two) | 8/04/2026 | 11/2/2026 |
| Final Pre-Trial Conference | 8/17/2026 | 11/16/2026 |
| Trial Date | 9/15/2026 | 12/15/2026 |

SO ORDERED.

Dated: _____, 2026        By:    _____
                                      Hon. Dale S. Fischer
                                      U.S. District Judge

[PROPOSED] ORDER