Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LOCAL AI INC., et al., <br><br> Defendants. | Case No.: 2:25-cv-04167-DSF-AYP <br> _Hon. Anna Y. Park Presiding_ <br><br> **DISCOVERY MATTER** <br><br> **PLAINTIFF'S REQUEST FOR RULING ON IT'S MOTION TO COMPEL, DKT. 23** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff Big Foot Creative Studios and Media Group, LLC ("Plaintiff" or "Big Foot") hereby requests that the Court issue a ruling on its Motion to Compel Defendant's Discovery Responses and Request for Sanctions, Dkt 23, (the "Motion") as follows.

Plaintiff filed the Motion on February 2, 2026. Defendant did not oppose the Motion by the deadline to do so and on February 11, 2026, Plaintiff filed a Notice of Non-Opposition. Dkt. 25. On February 23, 2026, the Court vacated the hearing date

and took the Motion under submission. Dkt. 26. The parties reached settlement in principle on February 23, 2026 and on February 24, 2026, Defendant filed a Notice of Settlement. Dkt. 27. Unfortunately, Defendant dragged its feet in exchanging drafts of a long form agreement. With discovery and other deadlines approaching, on March 25, 2026, Plaintiff filed an ex parte request for modification of the Scheduling Order. Dkt. 28. In its request, Plaintiff submitted "that good cause exists to continue the trial and pretrial date so as to allow the parties to finalize settlement within a week and if same cannot be accomplished, to allow Plaintiff the opportunity to continue to pursue discovery and have its motion to compel be put back on calendar…" Id. at 4:22-26[1]. The Court granted the request on March 27, 2026. Dkt. 29.

On March 30, 2026, Plaintiff sent a draft settlement agreement to Defendant but Defendant has still not provided any comments to that draft or executed the draft. As such, unfortunately, the parties have not yet finalized settlement and Plaintiff is now required to ask this Court to rule on its Motion.

For the foregoing reasons, Plaintiff respectfully requests that this Court issue a ruling on its Motion or set a hearing date in the near future should the Court believe a hearing is necessary.

Respectfully submitted,

Dated: April 10, 2026

By:  */s/ David Shein*
Stephen M. Doniger, Esq.
David Shein, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

---

[1] Plaintiff uses the ECF page numbers generated by PACER.

## **L.R. 11-6.2. Certificate of Compliance**

The undersigned certifies that this memorandum of points and authorities complies with the type-volume limitation of L.R. 11-6.1. This certification is made relying on the word count of the word-processing system used to prepare the document.

The undersigned, Plaintiff's counsel of record, certifies that this brief contains 304 words, and complies with the word limit of L.R. 11-6.1.

Dated: April 10, 2026          By:    */s/ David Shein*
                                      David Shein, Esq.

PLAINTIFF'S REQUEST FOR RULING ON IT'S MOTION TO COMPEL, DKT. 23