Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL AI INC., et al.,<br><br>Defendants. | Case No.: 2:25-cv-04167-DSF-AYP<br>*Hon. Anna Y. Park Presiding*<br><br>**[DISCOVERY MATTER]**<br><br>**DECLARATION OF DAVID SHEIN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO SECOND SET OF DISCOVERY; REQUEST FOR SANCTIONS**<br><br>Discovery Cut-Off: June 29, 2026<br>Trial Date: December 15, 2026<br><br>Hearing Date: May 20, 2026<br>Hearing Time: 10:00 a.m.<br>Courtroom: 750 |

- 1 -
DECLARATION OF DAVID SHEIN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO SECOND SET OF DISCOVERY; REQUEST FOR SANCTIONS

1.	I am an attorney duly admitted to practice before this Court and am counsel of record for Plaintiff Big Foot Creative Studios and Media Group, LLC ("Plaintiff" or "Big Foot"). I have personal knowledge of the facts stated in this Declaration and could competently testify thereto. I make this Declaration in support of Plaintiff's Motion to Compel Responses to Plaintiff's Second Set of Discovery and Request for Sanctions.

2.	The background of the parties' prior discovery dispute is set forth in my February 2, 2026 Declaration in support of Plaintiff's first Motion to Compel, Dkt. 23-2.

3.	Plaintiff's first Motion to Compel, Dkt. 23, has been pending and under submission since February 23, 2026. See Dkt. 26. As of the date of this Declaration, Defendant has still not served any responses to Plaintiff's first set of discovery.

4.	On February 5, 2026, Plaintiff served Defendant, by email to Defendant's counsel Zheng "Andy" Liu at Andy.Liu@AptumLaw.us, with Plaintiff's Second Set of Interrogatories, Plaintiff's Second Set of Requests for Production of Documents, and Plaintiff's Second Set of Requests for Admissions (collectively, the "Second Set of Discovery"). True and correct copies of the Second Set of Discovery are attached hereto as **Exhibits A**, **B**, and **C**, respectively.

5.	Defendant's responses to the Second Set of Discovery were due on or about March 9, 2026.

6.	As of the date of this Declaration, Defendant has not served any responses to the Second Set of Discovery, nor has Defendant requested an extension of time to respond.

7.	On February 23, 2026, the parties reached a settlement in principle, and Defendant filed a Notice of Settlement. Dkt. 27. As set forth in Plaintiff's Ex Parte Application to Modify the Scheduling Order (Dkt. 28) and Plaintiff's Request for Ruling (Dkt. 30), Defendant has dragged its feet in drafting and

DECLARATION OF DAVID SHEIN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO SECOND SET OF DISCOVERY; REQUEST FOR SANCTIONS

finalizing a settlement agreement and to date the parties have not finalized settlement.

8.     On April 8, 2026, I sent an email to Defendant's counsel regarding, among other things, Plaintiff's intent to file this motion absent an executed settlement and specifically requesting a time to meet and confer under Local Rule 37 regarding this motion in light of Defendant's failure to respond to discovery. Defendant's counsel's April 9, 2026 response addressed only settlement timing and a separate takedown issue; counsel did not respond to my request to meet and confer regarding this motion and has not done so since.

9.     Pursuant to Local Rule 37-2.4, Plaintiff files this motion without a joint stipulation because Defendant's counsel has failed to confer in a timely manner under Local Rule 37-1 and has failed to provide any portion of a joint stipulation.

10.    In light of Defendant's repeated and ongoing refusal to participate in discovery or engage with Plaintiff's meet-and-confer efforts—including with respect to Plaintiff's first set of discovery and now the Second Set of Discovery—Plaintiff respectfully requests that the Court impose meaningful monetary sanctions. Plaintiff will submit a declaration detailing fees and costs following any order granting this motion.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2026 in New York, New York.

By:    */s/ David Shein*
David Shein

DECLARATION OF DAVID SHEIN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO SECOND SET OF DISCOVERY; REQUEST FOR SANCTIONS