Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL AI INC., et al.,<br><br>Defendants. | Case No.: 2:25-cv-04167-DSF-AYP<br><br>*Hon. Anna Y. Park Presiding*<br><br>**[DISCOVERY MATTER]**<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO SECOND SET OF DISCOVERY AND REQUEST FOR SANCTIONS**<br><br>Discovery Cut-Off: June 29, 2026<br>Trial Date: December 15, 2026<br><br>Hearing Date: May 20, 2026<br>Hearing Time: 10:00 a.m.<br>Courtroom: 750 |

[PROPOSED] ORDER

# [PROPOSED] ORDER

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Defendant Local AI, Inc., shall fully and substantively respond to Plaintiff's Second Set of Interrogatories without objections within 7 days of entry of this Order.

2. Defendant Local AI, Inc., shall produce all documents responsive to Plaintiff's Second Set of Requests for Production without objections within 7 days of entry of this Order.

3. The matters in the Plaintiff's Second Set of Requests for Admissions are admitted by Local AI, Inc.

4. Defendant Local AI, Inc., shall pay sanctions to Plaintiff Big Foot Creative Studios and Media Group, LLC, in an amount to be determined pursuant to supplemental briefing by Plaintiff.

**IT IS ORDERED**

Dated: _____, 2026         By:    _____

                                              HON. ANNA Y. PARK
                                              U.S. MAGISTRATE JUDGE