Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL AI INC., et al.,<br><br>Defendants. | Case No.: 2:25-cv-04167-DSF-AYP<br>*Hon. Anna Y. Park Presiding*<br><br>**[DISCOVERY MATTER]**<br><br>**NOTICE OF NON-OPPOSITION RE PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO SECOND SET OF DISCOVERY AND REQUEST FOR SANCTIONS** |

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Local AI, Inc. ("Defendant") has not filed an opposition to Plaintiff's Motion to Compel Defendant's Responses to Second Set of Discovery and Request for Sanctions (the "Motion"). *See* Dkt. 31. Plaintiff filed its Motion on April 20, 2026, noticing the hearing for May 20, 2026. *Id.* The Defendant was required to file an opposition by April 29, 2026, 21 days prior to the hearing date. *See* C.D. Cal. Local Rules 37-2.4, 7-9.

Because the Defendant has taken no action in connection with the pending Motion, Plaintiff submits this Notice of Non-Opposition and respectfully requests that its Motion be granted in its entirety.

Respectfully submitted,

Dated: May 1, 2026

*/s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
David Shein, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff

2