UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 25-4167-DSF (AYPx)                                    Date:  May 1, 2026

Title     Big Foot Creative Studios and Media Group, LLC v. Local AI, Inc. et al.


Present:  The Honorable:     Anna Y. Park, United States Magistrate Judge


| M. Pogosyan | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:  ( In Chambers)  PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO SECOND SET OF DISCOVERY AND REQUEST FOR SANCTIONS. (DKT. NO. 31)**

Before this Court is Plaintiff's Motion to Compel Defendant's Responses to Second Set of Discovery and Request for Sanctions. (Dkt. No. 31).  Plaintiff has failed to show it has adequately met and conferred as required under Local Rules 37-1 and has failed to comply with this Court's Standing Rules and Procedures related to Discovery.  As such, Plaintiff's Motion to Compel is Denied without prejudiced.

The parties are ordered to meet and confer in compliance with Local Rule 37-1 and to request an Informal Discovery Conference as set forth in this Court's Standing Procedures.

IT IS SO ORDERED.


**Initials of Preparer**    mp