UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 25-4167-DSF (AYPx)                              Date:  May 1, 2026

Title  Big Foot Creative Studios and Media Group, LLC v. Local AI, Inc. et al.


Present:  The Honorable:    Anna Y. Park, United States Magistrate Judge


|  M. Pogosyan  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:  ( In Chambers)  ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES (DKT. No. 23)  AND REQUEST FOR ORDER FOR RULING ON MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES (Dkt. No. 30).**

Before the Court is the Plaintiff's Motion to Compel Defendant to (1) provide full and complete responses to Plaintiff's October 27, 2025 discovery requests, (2) deem all objections to unanswered discovery requests waived, and (3 ) deem any unanswered Requests for Admission admitted.

On October 27, 2025, Plaintiff served Defendant it First Set of Interrogatories, First Set of Requests for Production of Documents, and First Set of Requests for Admissions. (Dkt. No. 23)  Defendant's responses to the discovery were due on November 26, 2025.  The Defendant has failed to provide written responses to Plaintiff's discovery requests at issue.  (Dkt. No. 23.)  Plaintiff filed the instant motion to compel.  Defendant did not file an Opposition.

On February 24, 2026, the parties reached a settlement in principle, and a Notice of Settlement was filed. (Dkt. No. 27.)  On March 25, 2026, Plaintiff filed an ex parte request to modify the Scheduling Order.  (Dkt. No. 28.)   On March 27, 2026, the court granted the request.  (Dkt. No. 29)  On April 20, 2026, Plaintiff filed a Request for Order for Ruling on Motion to Compel Defendant's Discovery Responses. (Dkt. No. 30.)

IS HEREBY ORDERED: 1. The Court grants Plaintiff's Motion to Compel with respect to Plaintiff's First Set of Request for Production of Documents, First Set of Interrogatories, and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 25-4167-DSF (AYPx)                                        Date:  May 1, 2026

Title    Big Foot Creative Studios and Media Group, LLC v. Local AI, Inc. et al.

First Set of Requests for Admissions for the reasons argued in Plaintiff's Motion; and (b) because it deems the Defendant's failure to timely to file an opposition thereto consent to the granting of Plaintiff's Motion.  *See* Local Rule 7-12. 2.   The Court deems any objections by the Defendant to the Plaintiff's October 27, 2025, written discovery requests for documents and interrogatories waived.  Within fourteen (14) days of the date of this Order, the Defendant shall produce responses to the Plaintiff's October 27, 2025, Request for Production of Documents and First Set of Interrogatories without objections.  The Court further deems Plaintiff's Requests for Admissions admitted pursuant to FRCP 36(a)(3).

The Court expressly cautions the Defendant that any failure to comply with this Court's Order will subject the Defendant to potential monetary and non-monetary sanctions, as provided in Federal Rules of Civil Procedure 37(b)(2), including (a) the issuance of a recommendation or order prohibiting the Defendant from supporting their defenses or from introducing evidence; (b) the issuance of a recommendation or order striking the Defendants' Answer; and (c) the issuance of a recommendation or order rendering a default judgment against the Defendant.

IT IS SO ORDERED.

**Initials of Preparer**   mp