Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BIG FOOT CREATIVE STUDIOS AND MEDIA GROUP, LLC, | Case No.: 2:25-cv-04167-DSF-AYP |
|---|---|
| Plaintiff, | *Hon. Dale S. Fischer Presiding* |
| vs. | |
| LOCAL AI INC., et al, | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| Defendants. | |

- 1 -

STIPULATION TO DISMISS ACTION

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff on the one hand, and Defendant Local AI, Inc. on the other, hereby STIPULATE as follows:

1.  The action is hereby dismissed in its entirety with prejudice; and

2.  The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

This stipulation is made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and per that Rule does not require an Order.

SO STIPULATED.

Dated: May 28, 2026          By:   */s/ David Shein*
                                    Stephen M. Doniger, Esq.
                                    David Shein, Esq.
                                    DONIGER / BURROUGHS
                                    Attorneys for Plaintiff(s)


Dated:  May 28, 2026         By:   /s/ *Zheng "Andy" Liu*
                                    Zheng "Andy" Liu, Esq.
                                    APTUM LAW
                                    Attorneys for Defendant


Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

- 2 -

STIPULATION TO DISMISS ACTION